# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

CARL EUGENE BRADWELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0003

————————————————

November 21, 2025

Appeal from the Circuit Court for Hillsborough County; Samantha L. Ward, Judge.

Blair Allen, Public Defender, and Clayton R. Kaeiser, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Marilyn Frances Muir, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KHOUZAM, MORRIS, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.